## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARTIN J. MUSSER, | : No. 789 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| GREGG TOWNSHIP SUPERVISORS, | : |
| CHRISTOPHER KUNES, | : |
| CHRISTOPHER KUNES GENERAL | : |
| CONTRACTOR, L.P., AND RICK | : |
| BROOKS, TUSTEE, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.